```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     NORTHERN DIVISION
```

NESTOR LINARES-ALCANTARA                                  PLAINTIFF
Reg. No. 77096-280

vs.                           CIVIL ACTION NO. 3:13-cv-1085-DCB-MTP

ARCHIE B. LONGLEY,                                       DEFENDANTS
DR. NATAL-CASTRO,
DR. R. MARTINEZ,
MICHAELA CHANO,
N. LOVETT, AND D. LOTT

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation **[docket entry 36]** of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and that Defendants' Motion **[26]** for Summary Judgment is **GRANTED** for Plaintiff's failure to exhaust administrative remedies, and this matter is dismissed without prejudice.

A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the <u>4th</u> day of September, 2014.

<u>s/David Bramlette</u>
UNITED STATES DISTRICT JUDGE